**Angel Rene GUZMAN–CERNA, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–73034.**

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Dec. 14, 2010.*

Filed Dec. 29, 2010.

Angel Rene Guzman–Cerna, Compton, CA, pro se.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, U.S. Department of Justice, David H. Wetmore, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and THOMAS, Circuit Judges.

MEMORANDUM **

Angel Rene Guzman–Cerna, a native and citizen of El Salvador, petitions pro se for review of the decision of the Board of Immigration Appeals which dismissed his appeal from the immigration judge's denial of his application for asylum, withholding of removal, and relief under the Convention Against Torture.

We reject Guzman–Cerna's claim that he is eligible for asylum and withholding of removal based on his membership in a social group consisting of young males who resist gang recruitment. *See Barrios v. Holder*, 581 F.3d 849, 854 (9th Cir.2009) ("resistance to gang membership is not a protected ground"); *Santos–Lemus v. Mukasey*, 542 F.3d 738, 745–46 (9th Cir.2008) (rejecting as a social group "young men in El Salvador resisting gang violence"). We also reject Guzman–Cerna's contention that he is eligible for asylum and withholding of removal based upon his membership in a social group consisting of witnesses of violent gang activity. *See Velasco–Cervantes v. Holder*, 593 F.3d 975, 978 (9th Cir.2010) (rejecting as a particular social group "former material witnesses for the United States government"); *see also Soriano v. Holder*, 569 F.3d 1162, 1166 (9th Cir.2009) (rejecting a proposed social group of "government informants"). Because Guzman–Cerna failed to demonstrate that he was, or will be, persecuted on account of a protected ground, we deny the petition as to Guzman–Cerna's asylum and withholding claims. *See Barrios*, 581 F.3d at 856.

Substantial evidence supports the agency's denial of CAT relief because Guzman–Cerna failed to establish that it is more likely than not that he will be tortured at the acquiescence of the government if he returns to El Salvador. *See Santos–Lemus*, 542 F.3d at 748.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.